IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

NEHEMIAH LAMAR HICKS                                            PLAINTIFF

V.                            CASE NO.: 5:14-CV-5045

CORPORAL DAVID WILLIAMS,
Fayetteville Police Department                                  DEFENDANT

## JUDGMENT

For the reasons set forth in the Court's Order filed contemporaneously herewith, **IT IS HEREBY ORDERED AND ADJUDGED** that Defendant's Motion for Summary Judgment (Doc. 24) is **GRANTED**, and Plaintiff's case is **DISMISSED**.

**IT IS SO ORDERED** this 17th day of August, 2015.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE